```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 03192
   MINNIE LEE HUDSON
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-2917


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/12/08 and confirmed on 05/12/08.

   2.  The case was dismissed after confirmation, 09/18/2008.

   3.  The Debtor paid a total of $   8502.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | 1732.93 | .00 | 1732.93 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 49944.93 | .00 | 4200.00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 16836.56 | 102.53 | 1875.00 |
| KANE COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| ALL A ELECTRIC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AURORA PUBLIC LIBRARY | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| DRESS BARN | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MONTGOMERY WARDS | UNSECURED | NOT FILED | .00 | .00 |
| NEWPORT NEWS | UNSECURED | NOT FILED | .00 | .00 |
| NEWPORT NEWS | UNSECURED | NOT FILED | .00 | .00 |
| SPIEGEL | UNSECURED | NOT FILED | .00 | .00 |
| THE AVENUE | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB/HARLEM FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| JAMES M PHILBRICK | ADMINISTRATIV | 600.00 | .00 | 98.43 |

```
        Summary of disbursements:
------------------------------------------------------------------------
```

```
                       SECURED       PRIORITY    UNSECURED         OTHER         TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    68514.42         600.00          .00           .00      69114.42
PRINCIPAL PAID         7807.93          98.43          .00           .00       7906.36
INTEREST PAID           102.53            .00          .00           .00        102.53
TOTAL PAID             7910.46          98.43          .00           .00       8008.89
```

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   3500.00
and was paid $   3500.00   direct and $      .00   through the plan.

The Trustee received $    493.11 .

Refunds to the Debtor totaled $       .00 .

  Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 08 B 03192 MINNIE LEE HUDSON